UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
555 U.S. Highway 1 South, Suite 420
Iselin, New Jersey 08830
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor, Bayview Loan Servicing, LLC

In Re:

Tina M. Williams
a/k/a Tina M. Hailey,

Case No.: 18-31945-jnp

Chapter: 13

Judge: Jerrold N. Poslusny, Jr.

# CREDITOR'S
# CERTIFICATION OF DEFAULT

Dorka Bouza _____ certifies as follows:

1. I am a _____Vice President_____ for ___Bayview Loa Servicing, LLC___, a secured creditor of the debtor.

2. On _____October 21, 2019_____, an Order was entered, a copy of which is attached as an exhibit, providing for the cure of post petition arrearages, and in default of such monthly payments for a 30 day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the order:

   ☑ By missing payments and/or by failing to make the correct payments as summarized on the attached Certification of Creditor Regarding Post Petition Payment History.

   ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

Date: _____Dorka Bouza_____

Signature Dorka Bouza
Vice President

rev.8/1/15

DISTRICT OF NEW JERSEY
UNITED STATES BANKRUPTCY COURT

Caption in Compliance with D.N.J. LBR 9004-2(c)

SCHILLER, KNAPP, LEFKOWITZ
& HERTZEL LLP
555 U.S. Highway 1 South, Suite 420
Iselin, New Jersey  08830
(518) 786-9069
Joseph G. Devine, Jr., Esq. (ID #031072011)
Attorneys for Creditor Bayview Loan Servicing, LLC

In Re:

Tina M. Williams
a/k/a Tina M. Hailey,

Debtors.

Case No.: 18-31945-jnp

Hearing Date:

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## CERTIFICATION RE CALCULATION OF AMOUNTS DUE
## NOTE AND MORTGAGE DATED SEPTEMBER 28, 2001

_____ of full age, as _____ by Bayview Loan Servicing, LLC hereby certifies the following information:

### Background Information

1. Recorded: October 25, 2001 in Camden County NJ in Book 5662 at Page 0828
2. Property Address: 1339 Chase Street, Camden, NJ  08104
3. Mortgage Holder: Bayview Loan Servicing, LLC
4. Mortgagor(s)/debtor(s): Tina M. Williams f/k/a Tina M. Hailey
5. Date debtor(s) petition was filed: November 3, 2018
6. Post-Petition Payment Address: 4425 Ponce De Leon Blvd., Coral Gables, FL  33146

### Amount of Post-Petition Default
### (as of July 17, 2020)

7. Amount of debtor(s) monthly mortgage payment:   $201.27
8. Amount of debtor's monthly late charge:         $  0.00
9. Total amount of payment including late charge:  $201.27

| Amount Due | Date Payment was Due | How Payment was Applied(Mo./Yr) | Amount Received | Date payment Received | Check or Money order Number |
|---|---|---|---|---|---|
| $201.27 | 6/1/2020 | | | | |
| $201.27 | 7/1/2020 | | | | |

Monthly Payments Past Due:

2 payments @ $201.27
Total Arrears =$402.54

Each current monthly payment is comprised of:

| | |
|---|---|
| Principal/Interest | $122.40 |
| Escrow | $78.87 |
| Total | $201.27 |

If the monthly payment has changed during the pendency of the case, please explain. (attach separate sheet(s) if necessary)

Pre-Petition Arrears: N/A

I certify under penalty of perjury that the foregoing is true and correct.

_____                    _____
Date                                                                                Signature

POST PETITION PAYMENT HISTORY    1948564

| TRANSACTION DATE | AMOUNT RECEIVED | AMOUNT DUE | PAYMENT APPLIED TO | TRANSACTION DESCRIPTION | Amount Recieved Minus Amount due | TO/FROM SUSPENSE | SUSPENSE BALANCE |
|---|---|---|---|---|---|---|---|
| | | | | BK Filed 11/3/2018 | $ - | $ - | $ - |
| 2/22/2019 | $ 200.00 | | | | $ 200.00 | $ 200.00 | $ 200.00 |
| 2/22/2019 | $ 206.00 | $ 200.57 | 12/1/2018 | | $ 5.43 | $ 5.43 | $ 205.43 |
| 2/22/2019 | | $ 200.57 | 1/1/2019 | Payment Applied From Suspense | $ (200.57) | $ (200.57) | $ 4.86 |
| 3/21/2019 | $ 202.00 | $ 200.57 | 2/1/2019 | | $ 1.43 | $ 1.43 | $ 6.29 |
| 4/17/2019 | $ 201.30 | $ 201.27 | 3/1/2019 | | $ 0.03 | $ 0.03 | $ 6.32 |
| 6/21/2019 | $ 202.00 | $ 201.27 | 4/1/2019 | | $ 0.73 | $ 0.73 | $ 7.05 |
| 8/22/2019 | $ 202.00 | $ 201.27 | 5/1/2019 | | $ 0.73 | $ 0.73 | $ 7.78 |

pmts to resume 10/1/19;
10/1/19- 3/1/20
ao pmt @ $132.88

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/4/2019 | $ 335.00 | 201.27 | | 10/1/2019 reg pmt | | | $ | 0.85 |
| | | $ | 132.88 | 10/1/2019 ao pmt | | | $ | 0.85 |
| 11/18/2019 | $ 210.00 | $ | 201.27 | 11/1/2019 reg pmt | $ 8.73 | $ 8.73 | $ | 9.58 |
| 11/25/2019 | $ 210.00 | $ | 132.88 | 11/1/2019 ao pmt | $ 77.12 | $ 77.12 | $ | 86.70 |
| 12/20/2019 | $ 210.00 | $ | 201.27 | 12/1/2019 reg pmt | $ 8.73 | $ 8.73 | $ | 95.43 |
| 1/17/2020 | $ 210.00 | $ | 201.27 | 1/1/2020 reg pmt | $ 8.73 | $ 8.73 | $ | 104.16 |
| 4/6/2020 | $ 837.00 | $ | 201.27 | 2/1/2020 reg pmt | $ 635.73 | $ 635.73 | $ | 635.73 |
| | | $ | 201.27 | 3/1/2020 reg pmt | $ (201.27) | $ (201.27) | $ | 434.46 |
| | | $ | 201.27 | 4/1/2020 reg pmt | $ (201.27) | $ (201.27) | $ | 233.19 |
| | | $ | 132.88 | 12/1/2019 ao pmt | $ (132.88) | $ (132.88) | $ | 100.31 |
| 4/21/2020 | $ 233.00 | $ | 132.88 | 1/1/2020 ao pmt | $ 100.12 | $ 100.12 | $ | 200.43 |

| Date | Amount | | Amount | Date | Description | | Adj 1 | | Adj 2 | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/5/2020 | $ 150.00 | $ | 132.88 | 2/1/2020 | ao pmt | $ | (132.88) | $ | (132.88) | $ | 67.55 |
| 5/26/2020 | $ 100.00 | | | | | $ | 100.00 | $ | 100.00 | $ | 167.55 |
| 6/19/2020 | $ 116.00 | $ | 201.27 | 5/1/2020 | reg pmt | | | | | $ | 82.28 |
| 7/7/2020 | $ 117.00 | | | | | $ | 117.00 | $ | 117.00 | $ | 199.28 |
| | | $ | 132.90 | 3/1/2020 | ao pmt | $ | (132.90) | $ | (132.90) | $ | 66.38 |
| | | $ | 201.27 | 6/1/2020 | reg pmt due | | | | | | |
| | | $ | 201.27 | 7/1/2020 | reg pmt due | | | | | | |
| | | $ | 402.54 | | total due | | | | | | |

| Delinquent Payments | | Days Delinquent: | | 88 |
|---|---|---|---|---|
| Month Due | P&I Due | Escrow Due | Total Due | |
| 6/1/2019 | $ 122.40 | $ 78.87 | $ 201.27 | |
| 7/1/2019 | $ 122.40 | $ 78.87 | $ 201.27 | |
| 8/1/2019 | $ 122.40 | $ 78.87 | $ 201.27 | |
| 9/1/2019 | $ 122.40 | $ 78.87 | $ 201.27 | |
| Delinquency | | | $ 805.08 | |
| Less Suspense | | | $ (7.78) | |
| Total Delinqunecy | | | $ 797.30 | |

| | |
|---|---|
| 6/1/2019 | 201.27 |
| 7/1/2019 | 201.27 |
| 8/1/2019 | 201.27 |
| 9/1/2019 | 201.27 |
| suspense | -7.78 |
| total | 797.3 |

cure by making $132.88 for 10/1/19-3/1/20